CROWELL & MORING LLP
Timothy J. Fierst (TF:3247)
Attorneys for Plaintiff
590 Madison Avenue, 20th Floor
New York, New York 10022
(212) 895-4200

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/23/09

MARTIN

COURTESY COPY
ORIGINAL FILED BY ECF

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
NATHEL & NATHEL INC. and S. KATZMAN, INC.,

                Plaintiff,

-against-

A & T PRODUCE, ENVER SABANOVIC a/k/a ANDY
SABANOVIC, Individually and in any corporate
capacity, TAIP SABANOVIC a/k/a TOMMY
SABANOVIC, Individually and in any corporate
capacity,

                Defendants.
------------------------------------------------------------------------ X

Case No. 09 CV 1234(LAP)

**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT AGAINST A & T PRODUCE, ENVER SABANOVIC a/k/a ANDY SABANOVIC and ATAIP SABANOVIC a/k/a TOMMY SABANOVIC**

RECEIVED
AUG 19 2009
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S. D. N. Y.

Upon consideration of the Plaintiffs' motion for entry of a default judgment against defendants A & T Produce, Enver Sabanovic a/k/a Andy Sabanovic and Taip Sabanovic a/k/a Tommy Sabanovic, and the Declarations of Sheldon Nathel, President of Plaintiff Nathel & Nathel Inc., Stephen Katzman, President of S. Katzman, Inc. and the Plaintiff's attorney, Timothy J. Fierst, Esq., and there being no opposition thereto, and it appearing to the Court that defendants A & T Produce, Enver Sabanovic a/k/a Andy Sabanovic and Taip Sabanovic a/k/a Tommy Sabanovic failed to plead or otherwise defend in this action; and that a principal balance

in the amount of $ 75,420.50 is due plaintiff Nathel & Nathel, Inc., and that plaintiff Nathel & Nathel, Inc. is entitled to statutory interest in the amount of $ 7,288.90 , and that a principal balance in the amount of $ 4,731.00 is due plaintiff S. Katzman, Inc., and that plaintiff S. Katzman is entitled to contract interest in the amount of $ 970.03 , and that Plaintiffs are entitled to an award of attorneys' fees in the amount of $ 7,691.00 , pursuant to the parties' contract, and that Plaintiffs have the right to recover against A & T Produce, Enver Sabanovic a/k/a Andy Sabanovic and Taip Sabanovic a/k/a Tommy Sabanovic, jointly and severally, pursuant to Section 5(c) of the Perishable Agricultural Commodities Act, 7 U.S.C. §499(e)(a-c) ("PACA"), it is hereby granted; and it is further

**ORDERED**, that Plaintiffs' motion for entry of a default judgment be, and is hereby, granted; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment is hereby entered in favor of plaintiff, Nathel & Nathel Inc., New York City Terminal Market, Units 354-364 Row C, Bronx, New York, and against A & T Produce, 5 Lawrence Street, Building 21, Bloomfield, New Jersey 07003, Enver Sabanovic a/k/a Andy Sabanovic, 88 Baltimore Avenue, North Arlington, New Jersey 07031 and Taip Sabanovic a/k/a Tommy Sabanovic, 88 Baltimore Avenue, North Arlington, New Jersey 07031, pursuant to PACA in the principal amount of $ 75,420.50 , plus contract interest in the amount of $ 7,288.90 ; and it is further

**ORDERED, ADJUDGED AND DECREED**, that judgment is hereby entered in favor of plaintiff, S. Katzman Inc., Sec. A #153-157 of the New York City Terminal Market, Bronx, New York 10474 and against A & T Produce, 5 Lawrence Street, Building 21, Bloomfield, New

Jersey 07003, Enver Sabanovic a/k/a Andy Sabanovic, 88 Baltimore Avenue, North Arlington, New Jersey 07031 and Taip Sabanovic a/k/a Tommy Sabanovic, 88 Baltimore Avenue, North Arlington, New Jersey 07031, pursuant to PACA in the principal amount of $ 4,731.00 , plus contract interest in the amount of $ 970.03 ; and it is further

**ORDERED, ADJUDGED AND DECREED**, that Plaintiffs be awarded attorneys' fees and costs in the amount of $ 8,042.00 .

**ENTERED** this 22nd day of December , 2009.

*Loretta A. Preska*

**U.S.D.J.**

| | | | | | |
|---|---|---|---|---|---|
| $9,169.30 | $2.16 | 182 | $393.12 | | |
| $13,527.00 | $3.18 | 182 | $578.76 | | |
| $2,581.78 | $0.61 | 182 | $111.02 | | |
| $6,346.50 | $1.50 | 182 | $273.00 | | |
| $9,703.86 | $2.29 | 182 | $416.78 | | |
| $12,423.28 | $2.82 | 182 | $513.24 | | |
| $5,619.93 | $1.33 | 182 | $242.06 | | |
| $4,214.00 | $1.00 | 182 | $182.00 | | |
| $6,561.34 | $1.56 | 182 | $283.92 | | |
| $1,240.00 | $0.30 | 182 | $54.60 | | |
| $5,290.56 | $1.26 | 182 | $229.32 | | |
| $2,639.37 | $0.63 | 182 | $114.66 | | |
| $79,316.92 | | | $3,392.48 | $75,420.50 | $7,288.90 |
| $1,944.40 | $0.86 | 182 | $156.52 | | |
| $2,381.15 | $1.05 | 182 | $191.10 | | |
| $951.42 | $0.42 | 182 | $76.44 | | |
| $5,276.97 | | | $424.06 | $4,731.00 | $970.03 |